UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-01044 CBM (PD) | Date: May 9, 2025 |
| Title  Kenneth Arant v. Unknown | |

Present: The Honorable: **Consuelo B. Marshall, United States District Judge**

| Valencia Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Dismissing Action Without Prejudice**

On January 30, 2025, Plaintiff, a state prisoner, filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis ("IFP request").  (Dkt. Nos. 1-2.)

On March 11, 2025, the Court postponed a ruling on the IFP request and ordered Plaintiff to file a six-month statement from his prison account within thirty days.  (Dkt. No. 7.)  The Court warned Plaintiff that the failure to comply within thirty days would result in the dismissal of this action.  (*Id*.)

As of this date, more than thirty days later, Plaintiff has not filed the account statement, has not requested an extension of time, and has not communicated with the Court.

Accordingly, this action is **dismissed without prejudice.**

It is so ordered.

|  | : |
|---|---|
| Initials of Preparer | VRV |

CV-90 (03/15)                                   Civil Minutes – General                                   Page **1** of **1**